

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Michael Boucher,                    * From the 385th District Court
                                      of Midland County,
                                      Trial Court No. CV58950.

Vs. No. 11-23-00174-CV              * September 19, 2024

Warrior Crane Service, LLC,         * Opinion by Trotter, J.
                                      (Panel consists of: Bailey, C.J.,
                                      Trotter, J., and Williams, J.)


This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Michael Boucher.